UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHNNY GUEST, : Case No. 3:11-cv-334
    Plaintiff, : Judge Timothy S. Black
vs. :
FLORIDA DEFAULT LAW :
GROUP, P.L., *et al.*, :
    Defendants. :

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT (DOC. 20) AND TERMINATING DEFENDANTS' PENDING MOTIONS AS MOOT (DOCS. 10, 11, 19)**

This case is before the Court on Plaintiff's Motion for Leave to Amend the Complaint. (Doc. 20). Plaintiff represents that the Defendants do not oppose the request for leave. In light of the fact that the Motion is unopposed, and noting Fed. R. Civ. P. 15(a)(2), which states that "the court should freely give leave when justice so requires[,]" Plaintiff's Motion for Leave (Doc. 20) is **GRANTED**.

Plaintiff shall separately electronically file the proposed Amended Complaint within 7 days of the entry of this order. The Defendants' Motions to Dismiss (Docs. 10, 11) are moot as a result of the Amended Complaint and the Clerk shall terminate those motions on the docket. Defendant's Motion for Extension of Time to file a reply memorandum (Doc. 19) is also moot and shall be terminated. Defendants may refile motions to dismiss directed to the Amended Complaint within 14 days after the Amended Complaint is filed.

**IT IS SO ORDERED**.

Date: 1/5/12

                                                        Timothy S. Black
                                                        United States District Judge